IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP,<br><br>*Plaintiff*,<br><br>v.<br><br>ALAN MCCLAIN, in his official capacity as Commissioner of the Arkansas Insurance Department,<br><br>*Defendant*. | Case No. 4:24-cv-268-BSM<br><br>JUDGE: Brian S. Miller<br><br>MAGISTRATE JUDGE: Joe J. Volpe |

## MOTION FOR ADMISSION OF STEPHEN K. WIRTH *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), attorney Conner Eldridge respectfully moves for the admission *pro hac vice* of Stephen K. Wirth as counsel for Plaintiff AstraZeneca Pharmaceuticals LP in this case, and in support states:

1. Mr. Wirth is an attorney with Arnold & Porter Kaye Scholer LLP. His office is located at 601 Massachusetts Avenue, NW, Washington, D.C. 20001. Mr. Wirth's phone number is (202) 942-6739 and his email address is stephen.wirth@arnoldporter.com.

2. Mr. Wirth is a member of the bar of the highest courts of the District of Columbia and New York. He is also admitted to practice before several federal courts. He is not admitted to practice in the federal district courts in Arkansas.

3. Mr. Wirth is a member in good standing of all the bars to which he has been admitted, and no disciplinary or grievance proceedings have been filed or are currently pending against him.

4. In representing AstraZeneca Pharmaceuticals LP, Mr. Wirth will be associated with the following counsel, who is a member of the bar of this Court and who maintains an office in Arkansas, and with whom opposing counsel and the Court may readily communicate regarding the conduct of this case:

> Conner Eldridge, Ark. Bar No. 2003155
> Eldridge Brooks, PLLC
> 5115 West JB Hunt Drive, Suite 500
> Rogers, AR 72758
> (479) 553-7678 telephone
> (479) 553-7553 facsimile
> conner@eldridgebrooks.com

5. Mr. Wirth affirms to this Court's local rules and submits to the jurisdiction of this Court in matters of discipline.

6. Mr. Wirth will remit the required application fee and complete the Electronic Case Filing Registration Form.

WHEREFORE, Plaintiff AstraZeneca Pharmaceuticals LP and its attorney, Conner Eldridge, respectfully request that the Court grant this application and permit Stephen K. Wirth to appear *pro hac vice* in this matter.

Dated: March 26, 2024

Respectfully Submitted,

*/s/ Conner Eldridge*
Conner Eldridge, Ark. Bar No. 2003155
Emily A. Neal, Ark. Bar No. 2003087
ELDRIDGE BROOKS, PLLC
5115 West JB Hunt Drive, Suite 500
Rogers, AR 72758
(479) 553-7678 telephone
(479) 553-7553 facsimile
conner@eldridgebrooks.com
emily@eldridgebrooks.com

*Attorneys for Plaintiff AstraZeneca Pharmaceuticals LP*