IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP,<br><br>*Plaintiff*,<br><br>v.<br><br>ALAN MCCLAIN, in his official capacity as Commissioner of the Arkansas Insurance Department,<br><br>*Defendant*. | Case No. 4:24-cv-268-BSM<br><br>JUDGE: Brian S. Miller<br><br>MAGISTRATE JUDGE: Joe J. Volpe |

**PLAINTIFF ASTRAZENECA PHARMACEUTICALS LP'S OPPOSITION TO DEFENDANT'S NOTICE OF RELATED CASES**

Pursuant to General Order 39, Plaintiff AstraZeneca Pharmaceuticals LP hereby opposes Defendant Alan McClain's Notice of Related Cases (ECF No. 4) and states as follows:

1. Pursuant to General Order 39(b)(5), this Court permits reassignment of a newly filed case only in "rare situations in which a party believes a new civil case should be directly assigned to a particular judge because the new case is closely related to a prior closed case and the assignment thereof to a different judge would result in a significant waste of judicial time."

2. Defendant requests that this matter be reassigned from Judge Miller to Judge Wilson based on two cases: *PhRMA v. McClain*, No. 4:21-CV-864-LPR, and *Novo Nordisk v. McClain*, No. 4:23-CV-969-BRW. By its plain terms, General Order 39(b)(5) does not apply here for two separate and independent reasons.

3. First, neither *PhRMA* nor *Novo Nordisk* is a "closed case." Gen. Order 39(b)(5). In the *PhRMA* case, the district court adjudicated some of the plaintiff's claims; entered partial summary judgment with respect to those claims; and stayed proceedings regarding the plaintiff's

remaining claim pending appeal. *See* Order, *PhRMA v. McClain*, No. 4:21-CV-864-LPR (E.D. Ark. Dec. 29, 2022), ECF No. 55. In the *Novo Nordisk* case, none of the claims has been adjudicated, and the entire case has been stayed pending resolution of the *PhRMA* appeal. *See* Order, *Novo Nordisk v. McClain*, No. 4:23-CV-969-BRW (E.D. Ark. Dec. 27, 2023), ECF No. 26. Accordingly, neither case is "closed."

4. Second, this case is not "closely related" to those pending cases. This case involves a different plaintiff (AstraZeneca, which is not a member of PhRMA) and different claims. Unlike the plaintiffs in *PhRMA* and *Novo Nordisk*, AstraZeneca argues that Act 1103 creates a direct conflict with—and thus is preempted by—federal patent law because it regulates the prices of AstraZeneca's patented drugs. Compl. ¶¶ 90-93. And unlike PhRMA, AstraZeneca argues that Act 1103 violates the U.S. Constitution's Contracts Clause and Takings Clause, as well as the Takings Clause of the Arkansas Constitution. *Id.* ¶¶ 94-105. AstraZeneca does not rely on the claims asserted by PhRMA except to preserve them. *See id.* ¶ 5.

5. This case is also differently situated because of a key factual dispute. Resolution of the PhRMA case by the district court and Eighth Circuit expressly turned on two factual assumptions regarding the relationship between covered entities and contract pharmacies: first, that "[c]overed entities maintain title legal title to the 340B drugs" when they are acquired by contract pharmacies; and second, that a contract pharmacy acts as "an agent of the covered entity" with respect to the sale of 340B drugs. *PhRMA v. McClain*, No. 22-3675, 2024 WL 1061438, at *3 (8th Cir. Mar. 12, 2024). But those factual assumptions are expressly disputed by AstraZeneca here, *see* Compl. ¶¶ 62-63, and AstraZeneca intends to seek discovery on both issues.

WHEREFORE, AstraZeneca respectfully requests that the Court deny Defendant's motion to reassign this case.

Dated: March 28, 2024

Respectfully submitted,

ELDRIDGE BROOKS, PLLC

*/s/ Conner Eldridge*

Conner Eldridge, Ark. Bar No. 2003155
Emily A. Neal, Ark. Bar No. 2003087
ELDRIDGE BROOKS, PLLC
5115 West JB Hunt Drive, Suite 500
Rogers, AR 72758
(479) 553-7678 telephone
(479) 553-7553 facsimile
conner@eldridgebrooks.com
emily@eldridgebrooks.com

AND

Allon Kedem*
Jeffrey L. Handwerker*
Stephen K. Wirth*
Samuel I. Ferenc*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
(202) 942-5000 telephone
(202) 942-5999 facsimile
allon.kedem@arnoldporter.com
jeffrey.handwerker@arnoldporter.com
stephen.wirth@arnoldporter.com
sam.ferenc@arnoldporter.com

*Attorneys for Plaintiff AstraZeneca Pharmaceuticals LP*
*\* Admitted pro hac vice*