IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

CENTRAL DIVISION

ASTRAZENECA PHARMACEUTICALS LP                                               PLAINTIFF

v.                                       No. 4:24-cv-268-BRW

ALAN MCCLAIN, in his official capacity                                        DEFENDANT
as Commissioner of the Arkansas Insurance
Department

## MOTION FOR JUDGMENT ON THE PLEADINGS

Comes now the Defendant, Alan McClain, in his official capacity as the Arkansas Insurance Commissioner ("Commissioner") by and through his attorney, Booth Rand, who files this Motion For Judgment On The Pleadings under Rule 12(c) of the Federal Rules of Civil Procedure against the Plaintiff (hereafter, "ASTRA"), to dismiss an already foreclosed implied preemption claim under the federal Supremacy Clause, and states as follows:

1. The Defendant enforces Arkansas Act 1103 of 2021 ("Act 1103') which, *inter alia*, prohibits drug manufacturers from denying a hospital's or clinic's use of outside pharmacies in the dispensing of 340b priced outpatient drugs in the federal 340B program. ASTRA is challenging in this action the legality of Act 1103 on four (4) grounds.

2. ASTRA's implied 340B preemption claim, under its fourth claim for relief in its complaint, is barred or prohibited as a matter of law, under *stare decisis* or under controlling precedent from the holding in *PhRMA v. McClain*, 95 F.4th 1136 (8th Cir. 2024) (hereafter, "PhRMA

1

v. McClain"). The claim that Act 1103 is federally preempted under the Supremacy Clause because it interferes or conflicts with the federal 340B program has already been decided by this Court in *PhRMA v. McClain*, in No. 4:21-CV-864-BRW, 2022 WL 18145579 (E.D. Ark. Dec 12, 2022), a ruling that was recently affirmed on appeal by the 8th Circuit Court of Appeals.

3. The Defendant submits the attached brief in support of its motion.

WHEREFORE, the Defendant requests this Court to dismiss ASTRA's preemption claim that it pleads as a fourth claim for relief, with prejudice, on the pleadings themselves, under Rule 12(c) under the Federal Rules of Civil Procedure, and for all other proper relief.

Respectfully submitted,

Booth Rand

/KBR/
_____

Ark Bar No. 90046
General Counsel
AID
One Commerce Way
Little Rock, AR 72202
Phone: (501) 371-2827
Email: booth.rand@arkansas.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of June 2024, I mailed a copy of the foregoing pleading to Plaintiff's counsel of record, and also electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which shall send notification of such filing to all counsel of record.

/KBR/
_____

Booth Rand