IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 1 8 2024

TAMMY H. DOWNS, CLERK
By:_____
                DEP CLERK

ASTRAZENECA PHARMACEUTICALS LP

*Plaintiff,*

–v–

ALAN MCCLAIN, in his official capacity
as Commissioner of the Arkansas
Insurance Department

*Defendant.*

Case No. 4:24-cv-268-BRW

## MOTION TO INTERVENE BY DALLAS COUNTY MEDICAL CENTER

Dallas County Medical Center ("DCMC") respectfully moves this Court for intervention as of right pursuant to Federal Rule of Civil Procedure ("Rule") 24(a), or, alternatively, for permissive intervention pursuant to Rule 24(b), as a Defendant in the above-captioned case. In support of its Motion, DCMC relies on the accompanying memorandum, a motion to dismiss, and the following exhibits:

| | |
|---|---|
| **Exhibit 1** | Order Granting Mot. to Intervene, *PhRMA v. McClain*, 4:21-cv-00864 (E.D. Ark. May 3, 2022), ECF No. 22 |
| **Exhibit 2** | Affidavit of David Mantz, Chief Executive Officer of DCM |

DCMC has conferred with counsel to Defendant regarding this motion. Defendant does not object to DCMC's intervention.

DCMC respectfully requests that the Court grant its motion to intervene as of right under Rule 24(a) or, in the alternative, to allow it to intervene under Rule 24(b), direct DCMC to file its proposed motion to dismiss and, if necessary, answer, and grant all other relief to which it is entitled.

Dated: July 18, 2024

_/s/_

Jess Askew, III, Ark. Bar No. 86005
Ashley W. Hudson, Ark. Bar No. 2007136
Frederick H. Davis, Ark. Bar No. 2012271
KUTAK ROCK LLP
124 West Capitol Avenue,
Suite 2000
Little Rock, AR 72201
(501) 975-3000 (Telephone)
(501) 975-3001 (Facsimile)
jess.askew@kutakrock.com
ashley.hudson@kutakrock.com
frederick.davis@kutakrock.com

*Counsel for Intervenor-Defendant
Dallas County Medical Center*

Respectfully submitted,

Ronald S. Connelly*, D.C. Bar No. 488298
Fernando Montoya, D.C. Bar No. 90007361
Hannah Hauer, D.C. Bar No. 90008945
POWERS PYLES SUTTER & VERVILLE, PC
1250 Connecticut Ave NW, Floor 8
Washington DC 20036
(202) 466-6550 (Telephone)
Ron.Connelly@PowersLaw.com

*Counsel for Intervenor-Defendant
Dallas County Medical Center*

*Applying pro hac vice