IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP<br><br>*Plaintiff,*<br><br>–v–<br><br>ALAN MCCLAIN, in his official capacity as Commissioner of the Arkansas Insurance Department<br><br>*Defendant.* | Case No. 4:24-cv-268-BRW |

### DECLARATION OF DAVID MANTZ

I, David Mantz, hereby attest and state as follows:

1) I am the Chief Executive Officer of Dallas County Medical Center ("DCMC"). I have held this position since January 17, 2022.

2) As Chief Executive Officer of DCMC, I am responsible for providing strategic, financial, and operational leadership for the organization and work closely with the Board of Governors and the Senior Leadership team. The position requires extensive knowledge of health care finance, operations, experience with capital campaigns/fundraising/development efforts, compliance, and quality improvement.

3) DCMC is a county-owned, non-profit, Critical Access Hospital ("CAH") whose mission is to improve the health and wellness of those it serves. DCMC was certified by Medicare as a CAH in October 2002. The Medicare program designates hospitals as

EXHIBIT 2

CAHs if they have 25 or fewer inpatient beds and are located in an area that is medically underserved.

4) DMC has participated in the 340B program since August 23, 2010. DCMC's 340B ID is CAH041317-00.

5) DCMC is located in Fordyce, Arkansas. The population of Fordyce is approximately 3,400. DCMC's service area encompasses many rural towns in Dallas County other than Fordyce, including Princeton, Tulip, Dalark, Sparkman, Carthage, and Farindale.[1] DCMC serves Dallas County residents who would otherwise be required to travel long distances to receive inpatient medical care. DCMC currently staffs 25 inpatient beds. The nearest hospital to DCMC is Ouachita County Medical Center, which is about 35 miles from Fordyce.

6) DCMC is committed to providing compassionate care for all, regardless of race and ethnicity, sex, sexual orientation, national origin, disability, religion, or inability to pay.[2]

7) DCMC offers many services to the patients it serves including a 24-hour emergency department with four beds, 24-hour radiology and respiratory services, rural health clinics, home health, diabetic education, a wound care clinic, support groups, outpatient therapy, and veteran care.[3]

8) As a small community hospital, DCMC operates on extremely thin margins. For example, DCMC's net revenue in 2023 was only $130,000.

9) Because DCMC serves some of the most vulnerable and marginalized members of our community, we depend on the 340B program to operate. DCMC's estimated total 340B

---

[1] *See* https://www.dallascountymedicalcenter.com/getpage.php?name=community&sub=About%20Us.
[2] *See* https://www.dallascountymedicalcenter.com/getpage.php?name=our_promise&sub=About%20Us.
[3] *See* https://www.dallascountymedicalcenter.com/getpage.php?name=services&sub=Services.

savings for 2023 was $1,204,626. DCMC's savings from the 340B program exceed its net revenue. Therefore, if DCMC were to lose access to 340B discounts, it would operate at a loss, and DCMC would be forced to cease operating as an inpatient hospital.

10) DCMC is critical to the health care of residents in Dallas County. Without DCMC, public health would decline, and lives would be lost.

11) One recent example illustrates the importance of DCMC to the town of Fordyce and Dallas County. On June 21, 2024, a gunman killed four people and injured ten others at a Fordyce grocery store. Victims were rushed to DCMC. DCMC typically treats, on average, two gunshots per year. On June 21, 2024, DCMC treated thirteen gunshot victims, arriving within 25 minutes in its small, four bed emergency department. If not for DCMC, many more people would have likely died that day.

12) DCMC prioritizes community engagement and uses its resources to focus on initiatives aimed at improving the overall health and wellbeing of its patients and the community at large. For example, DCMC runs a Senior Intensive Outpatient program that is designed to assist the senior adult population in restoring emotional and mental wellbeing. This "Stepping Stones" program includes services ranging from interdisciplinary treatment planning, individualized care planning, and counseling to transportation, meals, and structured daily activities.[4] Last year, along with other health care providers in the community, DCMC inaugurated a "Health and Wellness Fair" that it plans to host annually. DCMC is in partnership with Mainstreet Health to provide patient navigation services without charge to its patients. DCMC provides a telehealth program for its

---

[4] See https://www.dallascountymedicalcenter.com/getpage.php?name=Stepping_Stones&sub=Services.

oncology patients so that they are able to connect with caregivers without the complications and opportunities for infections that are inherent with in-person visits.

13) As a government hospital, DCMC is prohibited by Arkansas law from owning and operating an on-site retail pharmacy. Therefore, DCMC relies exclusively on independently owned contract pharmacies to fill prescriptions for self-administered drugs for its patients, many of whom are uninsured and low income.

14) DCMC uses any savings or program income generated from the 340B program in accordance with 340B program intent, which is to stretch scarce federal resources as far as possible, reaching more eligible patients and providing more comprehensive services to patients. Specifically, we use 340B program income to support the programs described above.

15) AstraZeneca's restrictions on shipping 340B-priced medications to contract pharmacies have had a direct economic impact on DCMC. Since AstraZeneca first implemented its restrictions in October 1, 2020 through May 31, 2024, DCMC estimates that it has lost $121,000 in 340B savings. AstraZeneca has not lifted its contract pharmacy policies, which are still preventing DCMC from ordering 340B-priced drugs for shipment to its contract pharmacies. Currently, at least thirty-six other drug manufacturers impose restrictions on obtaining 340B drugs at contract pharmacies. Although some of these manufacturers have lifted or eased their restrictions for Arkansas covered entities, several have not, resulting in additional significant losses to DCMC.

16) I am aware that Arkansas has enacted Act 1103 to address the restrictions that manufacturers have placed on distributing 340B drugs to Arkansas pharmacies that are under contract with 340B covered entities. DCMC strongly supports Act 1103.

I declare under penalty of perjury under the laws of the State of Arkansas that the foregoing is true and correct. Executed this 16th day of July 2024.

Respectfully submitted,

_____
David Mantz, Chief Executive Officer
Dallas County Medical Center