**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 2 2024

TAMMY H. DOWNS, CLERK
By:_____
~~~~~~~~~~~~ DEP CLERK

ASTRAZENECA PHARMACEUTICALS
LP,

                Plaintiff,

v.

ALAN MCCLAIN, in his official capacity as
Commissioner of the Arkansas Insurance
Department

                Defendant.

Case No.: 4:24-cv-00268-BRW

## RESPONDENTS COMMUNITY CLINIC, EAST ARKANSAS FHC, RIVER VALLEY PC, MAINLINE, AND HARPS'S MOTION TO QUASH NON-PARTY DISCOVERY

Respondents St. Francis House NWA, Inc. D/B/A Community Clinic ("Community Clinic"); East Arkansas Family Health Center, Inc. ("East Arkansas FHC"); River Valley Primary Care ("River Valley PC"); Mainline Health Systems, Inc. ("Mainline"); and Harps Food Stores ("Harps") (collectively, "Respondents"), for their joint motion to quash Plaintiff AstraZeneca Pharmaceuticals, LP's ("AstraZeneca" or "Plaintiff") non-party discovery, state:

1.    On May 29, 2024, AstraZeneca issued subpoenas for deposition testimony and document production to Respondents. (Exhibits 1 to 5, 9, Declaration of Stephen K. Wirth, (Dkt. No. 28.))

2.    AstraZeneca served the subpoenas on the following dates: Community Clinic and Harps on May 30, 2024; River Valley PC on May 31, 2024; East Arkansas FHC on June 8, 2024; and Mainline on June 20, 2024. (Dkt. No. 27, p.3 n.1.)

3.    The Court should quash the subpoenas issued to Respondents. Fed. R. Civ. P. 56.

1

4.    The subpoenas compel production outside of 100 miles from where Mainline, East Arkansas FHC, and River Valley PC are located. See Fed. R. Civ. P. 45(c)(2)(a).

5.    The subpoenas were untimely served under the final agreed scheduling order, permitting service to third-parties only until May 29, 2024, and Plaintiff cannot show good cause for a modification. See Fed. R. Civ. P. 16(b)(3)(A)-(b)(4).

6.    AstraZeneca's discovery requests are onerous and impose an undue burden on Respondents that outweighs its benefit. See Fed. R. Civ. P. 26(b)(1); Fed. R. Civ. P. 45(d)(3).

7.    The discovery requests fall outside the scope of discovery because the information sought is neither relevant to Plaintiff's claims nor proportional to the needs of the case. Fed. R. Civ. P. 26.

8.    The Amended Complaint is barred by threshold issues. Fed. R. Civ. P. 12.

9.    Plaintiff's federal patent claim is barred by this Court's and the Eighth Circuit's previous holdings that Act 1103 is not preempted by federal law. *Pharm. Rsch. & Manufacturers of Am. v. McClain*, 95 F.4th 1136 (8th Cir. 2024).

10.    Plaintiff's discovery requests are unnecessary because each claim may be decided as a matter of law. *Pharm. Rsch. & Manufacturers of Am. v. McClain*, Case No. 4:21-cv-00864-BRW, 26(f) Report, Dkt. No. 13 (E.D. Ark. January 18, 2022).

11.    Plaintiff's discovery requests are impermissible because they are being sought for an improper purpose. Fed. R. Civ. P. 26(c).

12.    AstraZeneca's discovery requests are impermissible because they seek confidential commercial information. Fed. R. Civ. P. 45(d)(3)(B).

13.    A brief is filed in support of this motion.

14.  Respondents refer to Exhibits 1 to 5, Declaration of Stephen K. Wirth (Dkt. No. 28.) as attached to Plaintiff's Motion to Compel.

WHEREFORE, Respondents St. Francis House NWA, Inc. D/B/A Community Clinic; East Arkansas Family Health Center, Inc.; River Valley Primary Care; Mainline Health Systems, Inc.; and Harps Food Stores respectfully request that the Court stay Respondents depositions until this motion is decided, grant its motion to quash subpoenas issued by AstraZeneca Pharmaceuticals, LP, direct that Respondents are not required to respond to AstraZeneca's subpoenas for document production and deposition testimony, deny Plaintiff's motion to compel, and grant all other relief to which Respondents are entitled.

Respectfully submitted,

KUTAK ROCK LLP

/s/

Jess Askew, III, Ark. Bar No. 86005
Ashley W. Hudson, Ark. Bar No. 2007136
Frederick H. Davis, Ark. Bar No. 2012271
124 West Capitol Avenue, Suite 2000
Little Rock, AR 72201
(501) 975-3000 (Telephone)
(501) 975-3001 (Facsimile)
jess.askew@kutakrock.com
ashley.hudson@kutakrock.com
frederick.davis@kutakrock.com

Ronald S. Connelly, D.C. Bar No. 488298 (pro hac
vice)
Fernando Montoya, D.C. Bar No. 90007361
Hannah Hauer, D.C. Bar No. 90008945
POWERS PYLES SUTTER & VERVILLE, PC
1250 Connecticut Ave NW, Floor 8
Washington DC 20036
(202) 466-6550 (Telephone)
Ron.Connelly@PowersLaw.com

*Attorneys for Respondents St. Francis House NWA,
Inc. D/B/A Community Clinic, East Arkansas Family
Health Center, Inc., River Valley Primary Care,
Mainline Health Systems, Inc., and Harps Food
Stores*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2024, I served this document by electronic mail to all counsel of record as follows:

**ELDRIDGE BROOKS, PLLC**

Conner Eldridge, Ark. Bar No. 2003155
Emily A. Neal, Ark. Bar No. 2003087
ELDRIDGE BROOKS, PLLC
5115 West JB Hunt Drive, Suite 500
Rogers, AR 72758
(479) 553-7678 telephone
(479) 553-7553 facsimile
conner@eldridgebrooks.com
Emily@elridgebrooks.com

AND

Allon Kedem*
Jeffrey L. Handwerker*
Stephen K. Wirth*
Samuel I. Ferenc*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
(202) 942-5000 telephone
(202) 942-5999 facsimile
Allon.kedem@arnoldporter.com
Jeffrey.handwerker@arnoldporter.com
Stephen.wirth@arnoldporter.com
Sam.ferenc@arnoldporter.com

*Attorneys for Plaintiff AstraZeneca Pharmaceuticals, LP*
*\*Admitted pro hac vice*