**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

AUG 1 6 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ASTRAZENECA PHARMACEUTICALS LP,

    Plaintiff,

v.

ALAN MCCLAIN, in his official capacity as Commissioner of the Arkansas Insurance Department,

    Defendant.
_____/

Case No. 4:24-cv-00268-BRW

## NON-PARTY WALMART, INC.'S MOTION TO QUASH PLAINTIFF ASTRAZENECA'S THIRD-PARTY SUBPOENA

Non-Party Walmart, Inc. ("Walmart"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 45(d)(3), moves to quash Plaintiff AstraZeneca Pharmaceuticals LP's ("AstraZeneca") Third-Party Subpoena *Duces Tecum* served on Walmart on May 30, 2024 (the "Subpoena"). For the reasons explained herein, Walmart respectfully requests that the Court quash the Subpoena.

1. On May 30, 2024, AstraZeneca served the Subpoena seeking documents and deposition testimony from Walmart.

2. The Court should quash the Subpoena under Federal Rule of Civil Procedure 45(d)(3).

3. The Subpoena seeks information that falls outside the scope of discovery because it is irrelevant to the preemption and constitutional claims at issue in this case. *See* Fed. R. Civ. P. 26(b)(1).

4. The Subpoena seeks information that falls outside the scope of discovery because it is disproportionate to the needs of this case given the irrelevance of the information sought relative

to the significant burden and harm posed to Walmart. *See* Fed. R. Civ. P. 26(b)(1); *see also* Declaration of David Kinzer.

5. The Subpoena seeks the information in the Subpoena for improper purposes given the Eighth Circuit's decision regarding Act 1103, Ark. Code Ann. § 23-92-604(c), in *Pharm. Research & Manufs. of Am. v. McClain*, 95 F.4th 1136 (8th Cir. 2024), and the administrative process promulgated by the 340B Program and governed by HRSA. *See* Fed. R. Civ. P. 26; *see also Miscellaneous Docket Matter No. 1 v. Miscellaneous Docket Matter No. 2*, 197 F.3d 922, 927 (8th Cir. 1999).

6. AstraZeneca's service of the non-party Subpoena on Walmart was untimely under the Final Scheduling Order, and AstraZeneca failed to establish good cause to modify the scheduling order or diligence in attempting to meet the scheduling order. *See* Fed. R. Civ. P. 16(b)(4); *see also Marmo v. Tyson Fresh Meats*, 457 F.3d 748, 759 (8th Cir. 2006); *Pryor v. Union Pac. R.R. Co.*, No. 4:19-CV-00233 JM, 2020 WL 5834248, at *2 (E.D. Ark. Sept. 30, 2020).

7. Walmart contemporaneously submits a brief and the Declaration of David Kinzer in support of this motion.

WHEREFORE, for the foregoing reasons and for the reasons discussed in Walmart's Brief in Support of Motion to Quash Plaintiff AstraZeneca's Third-Party Subpoena and Response in Opposition to AstraZeneca's Motion to Compel Compliance with Third-Party Subpoena Duces Tecum, Non-Party Walmart respectfully requests that the Court grant its motion to quash the Federal Rule of Civil Procedure 45 Subpoena served on Walmart by AstraZeneca and grant all other relief to which Walmart is entitled.

Date:   August 16, 2024                By:   _____
                                             John E. B. Gerth
                                             **EPSTEIN BECKER & GREEN, P.C.**
                                             1222 Demonbreun Street, Suite 1400
                                             Nashville, TN 37203
                                             E: jgerth@ebglaw.com
                                             T: 615.564.6049
                                             F: 615.691.7715

                                             *Attorney for Walmart, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2024, I served this document by electronic mail to all counsel of record as follows:

Conner Eldridge, conner@eldridgebrooks.com
Emily Neal, emily@eldridgebrooks.com
Allon Kedem, allon.kedem@arnoldporter.com
Carmela Romeo, carmela.romeo@arnoldporter.com
Jeffrey Hadwerker, jeffrey.handwerker@arnoldporter.com
Stephen Wirth, stephen.wirth@arnoldporter.com
Samuel Ferenc, sam.ferenc@arnoldporter.com

*Counsel for Plaintiff AstraZeneca Pharmaceuticals LP*

Kendall Booth Rand, booth.rand@arkansas.gov

*Counsel for Defendant Alan McClain, in his official capacity as Commissioner of the Arkansas Insurance Department*

Ronald Connelly, ron.connelly@ppsv.com
Ashley Hudson, ashley.hudson@kutakrock.com
Frederick Hart Davis, frederick.davis@kutakrock.com
Jess Askew III, jess.askey@kutakrock.com

*Counsel for Intervenor Dallas County Medical Center*

John B. Gerth