IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AZTRAZENECA PHARMACEUTICALS LP**                                         **PLAINTIFF**

V.                            No. 4:24-CV-00268-BRW

**ALAN MCCLAIN, in his official capacity**
**as Commissioner of the Arkansas Insurance Department**             **DEFENDANT**

**DALLAS COUNTY MEDICAL CENTER**                                     **INTERVENOR**

### ORDER

Pending are Plaintiff's Motions to Compel Compliance with Third-Party Subpoenas Duces Tecum (Doc. Nos. 27, 42, 44) and Third-Party Respondents' Motions to Quash (Doc. Nos. 38, 56). All motions are DENIED without prejudice.

Any objective observer would conclude that Plaintiff's subpoenas are overly broad ("all documents") to obtain information relevant to the specific issues in this case, which, as I understand it, is evidence that Act 1103 and the 340B Drug Pricing Program allow pharmacies to commingle drugs obtained under the 340B Program with non-program drugs, resulting in profits for participating pharmacies at Plaintiff's expense. On the other hand, Respondents' reluctance to provide any discovery related to the requests is a nonstarter.

As tends to be the case in discovery disputes, both sides are entrenched in their positions and neither candidly reveals what the *real* issues are. Based on this record, I believe Plaintiff is entitled to discovery related to Act 1103/the 340B Program and Respondents are obligated to turn over that discovery (once narrowed to the essentials), considering they are the participants in the 340B Program and have the documentation that will, supposedly, support Plaintiff's constitutional arguments against Defendant.

1

With the above in mind, the parties should "meet and confer" to work out the scope of appropriate discovery and deadlines for compliance.

If the issues cannot be resolved, I am likely to refer future discovery disputes to a magistrate judge for resolution. The magistrate judge also will consider whether either party is not acting in good faith, and, if so, what amount of fees they should pay for unnecessarily prolonging these discovery issues.

IT IS SO ORDERED this 23rd day of August, 2024.

<u>Billy Roy Wilson</u><br>
UNITED STATES DISTRICT JUDGE