# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, | Civil Action No. 4:24-cv-268-BRW |
| *Plaintiff,* | |
| v. | Judge: Billy Roy Wilson |
| ALAN MCCLAIN, in his official capacity as Commissioner of the Arkansas Insurance Department, | |
| *Defendant.* | |

## WITHDRAWAL OF ASTRAZENECA PHARMACEUTICALS LP'S MOTION TO COMPEL UNREDACTED DOCUMENTS

On January 22, 2025, Plaintiff, AstraZeneca Pharmaceuticals LP ("AstraZeneca") moved to compel Intervenor Dallas County Medical Center and non-party Respondents St. Francis House NWA d/b/a Community Clinic ("Community Clinic), East Arkansas Family Health Center ("East Arkansas"), River Valley Primary Care ("River Valley"), Mainline Health Systems ("Mainline"), Walmart Inc. ("Walmart"), Walgreens Inc. ("Walgreens"), and Harps Food Stores ("Harps") to producing unredacted versions of documents produced in response to AstraZeneca's discovery requests. [Dkt. 81 (Sealed)]. Subsequent to our filing, Intervenor and non-party Respondents notified Plaintiff that they will produce unredacted versions of documents at issue in exchange for the entry of a Second Amended Protective Order that further protects the unredacted documents upon production. Plaintiff has consented to Intervenor and non-party Respondents' proposal, and a Second Amended Protective Order is forthcoming. Accordingly, Plaintiff hereby withdraws its pending Motion to Compel (Sealed), without prejudice to refiling if Intervenor and non-party Respondents fail to abide by the terms of the parties' agreement.

Dated: January 31, 2024

Respectfully submitted,

ELDRIDGE BROOKS, PLLC

/s/ Conner Eldridge

Conner Eldridge, Ark. Bar No. 2003155
Emily A. Neal, Ark. Bar No. 2003087
ELDRIDGE BROOKS, PLLC
5115 West JB Hunt Drive, Suite 500
Rogers, AR 72758
(479) 553-7678 telephone
(479) 553-7553 facsimile
conner@eldridgebrooks.com
emily@eldridgebrooks.com

AND

Allon Kedem*
Jeffrey L. Handwerker*
Stephen K. Wirth*
Samuel I. Ferenc*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
(202) 942-5000 telephone
(202) 942-5999 facsimile
allon.kedem@arnoldporter.com
jeffrey.handwerker@arnoldporter.com
stephen.wirth@arnoldporter.com
sam.ferenc@arnoldporter.com

*Attorneys for Plaintiff AstraZeneca Pharmaceuticals LP*
*\* Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 31st day of January 2025, the foregoing document was filed electronically with the Clerk of Court by use of the CM/ECF system, which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the ECF system, and on Respondent and Third Party Counsel:

Daniella R. Lee, dlee@ebglaw.com
George B. Breen, gbreen@ebglaw.com
Alan J. Arville, ajarville@ebglaw.com
Shanon McGinnis, smcginnis@wfslaw.com
Aaron Bibbee, abibbee@wfslaw.com
Taylor Pernini, tpernini@wfslaw.com

Dated: January 31, 2025

_____
Conner Eldridge