IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP,<br><br>*Plaintiff*,<br><br>v.<br><br>ALAN MCCLAIN, in his official capacity as Commissioner of the Arkansas Insurance Department,<br><br>*Defendant*.<br><br>DALLAS COUNTY MEDICAL CENTER<br><br>*Intervenor*. | Case No. 4:24-cv-268-KGB<br>JUDGE: Kristine G. Baker<br>MAGISTRATE JUDGE: Joe J. Volpe |

**JOINT STATUS REPORT**

Come now the Plaintiff, Defendant and Intervenor, by their respective counsel, and respectfully submit this Joint Status Report.

1. The parties have met and conferred via email and telephone regarding Today's Status Report deadline (as proposed by the Parties and adopted by the Court in its June 5, 2025, Order (Dkt. 120, 123)).

2. The Parties respectfully propose that they be permitted to submit an updated Joint Status Report following the Court's entry of its Amended Final Scheduling Order.

3. Practical considerations warrant this approach. For example, because Plaintiff's Complaint requests Declaratory and Injunctive Relief from the Court, it is not susceptible to a straightforward monetary settlement between the Parties. Moreover, the Parties have been actively engaged in meeting the discovery and dispositive motion briefing deadlines. In

1

addition, the pending and anticipated dispositive motions may also serve to narrow the issues for judicial determination, thereby changing the scope of any trial.

    Respectfully submitted,

    **ELDRIDGE BROOKS, PLLC**

    */s/ Conner Eldridge*
    Conner Eldridge, Ark. Bar No. 2003155
    Emily A. Neal, Ark. Bar No. 2003087
    ELDRIDGE BROOKS, PLLC
    5115 West JB Hunt Drive, Suite 500
    Rogers, AR 72758
    (479) 553-7678 telephone
    (479) 553-7553 facsimile
    conner@eldridgebrooks.com
    emily@eldridgebrooks.com

    AND

    Allon Kedem
    Jeffrey L. Handwerker
    Stephen K. Wirth
    Samuel I. Ferenc
    ARNOLD & PORTER KAYE SCHOLER LLP
    601 Massachusetts Ave., NW
    Washington, DC 20001-3743
    (202) 942-5000 telephone
    (202) 942-5999 facsimile
    allon.kedem@arnoldporter.com
    jeffrey.handwerker@arnoldporter.com
    stephen.wirth@arnoldporter.com
    sam.ferenc@arnoldporter.com

    Carmela T. Romeo
    ARNOLD & PORTER KAYE SCHOLER LLP
    250 West 55th Street
    New York, NY 10019-9710
    (212) 836-8000 telephone
    (212) 836-8689 facsimile
    carmela.romeo@arnoldporter.com

    *Attorneys for Plaintiff AstraZeneca Pharmaceuticals LP*

/s/ Frederick H. Davis
Jess Askew, III, Ark Bar No. 86005
Ashley W. Hudson, Ark Bar No. 207136
Frederick H. Davis, Ark. Bar No. 2012271
KUTAK ROCK LLP
124 West Capitol Ave., Suite 2000
Little Rock, AR 72201
(501) 975-3134 (Telephone)
(501) 975-3001 (Facsimile)
jess.askew@kutakrock.com
ashley.hudson@kutakrock.com
frederick.davis@kutakrock.com

Ronald S. Connelly, D.C. Bar No. 488298
Fernando Montoya, D.C. Bar No. 90007361
POWERS PYLES SUTTER & VERVILLE, PC
1250 Connecticut Ave NW, Floor 8
Washington DC 20036
(202) 466-6550 (Telephone)
Ron.Connelly@PowersLaw.com
Fernando.Montoya@PowersLaw.com

*Counsel for Intervenor-Defendant*
*Dallas County Medical Center*


/s/ Sara Farris
Sara Farris
Arkansas Insurance Department
One Commerce Way
Little Rock, AR 72202
501-371-2829
sara.farris@arkansas.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the Clerk of Court by use of the CM/ECF system, which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the ECF system by all counsel of record.

Dated: June 27, 2025

_____
Conner Eldridge