IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ASTRAZENECA PHARMACEUTICALS LP**                                          **PLAINTIFF**

v.                                    Case No. 4:24-cv-00268-KGB

**JIMMY HARRIS, in his official capacity**
**as Commissioner of the Arkansas**
**Insurance Department**                                                                **DEFENDANT**

**DALLAS COUNTY MEDICAL CENTER**                                     **INTERVENOR**

### ORDER

Before the Court is defendant Jimmy Harris and intervenor Dallas County Medical Center's ("DCMC") unopposed motion for continuance of trial date (Dkt. No. 160). Plaintiff AstraZeneca Pharmaceuticals LP ("AstraZeneca"), Harris, and DCMC have pending motions before the Court (Dkt. Nos. 91; 131; 136). The case is set for a bench trial the week of February 2, 2026 (Dkt. No. 129). To conserve resources of the Court and the parties, Harris and DCMC request a continuance of the trial date and remaining pre-trial deadlines until the Court rules on the pending motions (Dkt. No. 160, ¶ 4). Harris and DCMC represent that they have consulted with AstraZeneca and that AstraZeneca does not oppose this request (*Id.*, ¶ 5). For good cause shown, the Court grants Harris and DCMC's unopposed motion for continuance of trial date (*Id.*). The Court removes the case from the Court's trial calendar for the week of February 2, 2026 (Dkt. No. 129). The Court will set new pretrial deadlines and a new trial date by separate order, if necessary, after ruling on the pending motions.

It is so ordered this 22nd day of December, 2025.

_____
Kristine G. Baker
Chief United States District Judge