**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ASTRAZENECA PHARMACEUTICALS LP** **PLAINTIFF**

**v.** **Case No. 4:24-cv-00268-KGB**

**JIMMY HARRIS, in his official capacity as Commissioner of the Arkansas Insurance Department** **DEFENDANT**

**DALLAS COUNTY MEDICAL CENTER** **INTERVENOR**

**JUDGMENT**

Pursuant to the Opinion and Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff AstraZeneca Pharmaceuticals LP's claims are dismissed. Judgment is entered in favor of defendant Jimmy Harris, in his official capacity as Commissioner of the Arkansas Insurance Department, and intervenor Dallas County Medical Center. The relief requested is denied.

It is so adjudged this 29th day of September, 2026.

Kristine G. Baker
Chief United States District Judge